## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SAMIA EL BAROUDY**             *
**3302 Prospect Street, NW,**      *
**Washington, DC 20007-3216**     *

                      **Plaintiff,**    *

                               *

        **vs.**                   *    CIVIL ACTION _____

                               *    SUPERIOR COURT NO. 05-0002907

**ADT SECURITY SERVICES, INC.**   *
**One Town Center Road**       *
**Boca Raton, FL 33486**         *

                      **Defendant.**    *

* * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT ADT'S
### NOTICE OF REMOVAL OF CIVIL ACTION

       Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant ADT Security Services, Inc.

("ADT") notices the removal of this action from the Superior Court of the District of Columbia,

Civil Division, to this Court. The grounds for removal are as follows:

### INTRODUCTION

      1.    On or about April 14, 2005, Plaintiff Samia El Baroudy ("Plaintiff") filed

a Complaint in the Superior Court for the District of Columbia styled *Samia El Baroudy v. ADT*

*Security Services, Inc.*, Case No. 05-0002907. Pursuant to 28 U.S.C. § 1446(a), ADT has

attached "a copy of all process, pleadings, and orders served upon such defendant or defendants

in such action" as **Exhibit A**. The pleading asserts claims for breach of contract and products

liability, and also seeks damages in the amount of one hundred thousand dollars ($100,000) plus

reimbursement of costs and legal fees associated with the present action.

128843v2

## NOTICE OF REMOVAL IS TIMELY

2.    Plaintiff served her Complaint in this action on ADT on January 17, 2006. The Complaint was the first pleading received by ADT setting forth the claims for relief on which this action is based.    Thus, the filing of this Notice is within the initial 30-day time period set forth in 28 U.S.C. § 1446(b) in which to remove a case based on diversity jurisdiction.

## DIVERSITY JURISDICTION EXISTS

3.    Pursuant to 28 U.S.C. § 1332(a), this action involves a controversy between citizens of different states; therefore, complete diversity exists.    Upon information and belief, Plaintiff is a citizen of Washington, DC.    *See* Complaint, ¶2.    Defendant ADT is a Delaware corporation with its principal place of business in Boca Raton, Florida.    Pursuant to 28 U.S.C. § 1332(c)(1), ADT is a citizen of the States of Delaware and Florida.

## AMOUNT IN CONTROVERSY

4.    In her Complaint, Plaintiff seeks one hundred thousand dollars ($100,000) in damages from ADT, plus costs and legal fees.    *See* Complaint, unnumbered p. 3.    Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs.

## REMOVAL TO THIS DISTRICT

5.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the citizenship of Plaintiff is wholly diverse from the citizenship of Defendant ADT and because, upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.    Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441, *et. seq.*

128843v2

7.    Written notice of the filing of the Notice of Removal will be promptly served on the attorney for Plaintiff, and a copy will be promptly filed with the Clerk of the Superior Court for the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1446(d).  A Copy of the Notice of Filing of Notice of Removal to Federal Court is attached hereto as **Exhibit B**.

WHEREFORE, ADT hereby gives notice that the matter styled *Samia El Baroudy v. ADT Security Services, Inc.*, Case No. 05-0002907, in the Superior Court of the District of Columbia, Civil Division, is removed to the United States District Court for the District of the District of Columbia, and requests that this Court retain jurisdiction for all further proceedings.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
Paul S. Schleifman, Bar No. 367206
Carlos E. Provencio, Bar No. 461227
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211

ATTORNEYS FOR DEFENDANT
ADT SECURITY SERVICES, INC.

128843v2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to the following counsel of record this _____, 2006.

> Joel W. Anders, Esq.
> 1800 K Street, NW, Suite 624
> Washington, DC 20006
> (202) 466-4334
> **Attorney for Plaintiff**

Paul S. Schleifman

128843v2