# Exhibit A

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SAMIA EL BAROUDY
3302 Prospect Street, N.W.
Washington, D.C. 20007-3216
    Plaintiff

vs.

Case No: 05-0002907

ADT SECURITY SERVICES, INC.
c/o Corporation Trust, Inc.–Registered Agent:
300 E. Lumbard Street
Baltimore, Maryland 21202
    Defendant

RECEIVED
Civil Clerk's Office
APR 1 4 2005
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

Comes now the Plaintiff, Samia El-Baroudy, by and through her attorney, The Law Office of Joel W. Anders, by Joel W. Anders, and respectfully states as follows:

### COUNT I
### (BREACH OF CONTRACT)

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, as amended, Sec. 11-921.

2. Plaintiff, Samia El Baroudy, is an adult permanent resident of the United States and a *bona fide* resident of the District of Columbia.

3. Defendant is a duly authorized Corporation, doing business in the District of Columbia.

4. That the parties entered into a contract for home security monitoring on August 28, 1998, as evidenced by the contract, attached hereto.

5. That Defendant failed to install security-monitoring equipment on the third level (bedroom level of Plaintiff's home).

6. That on September 16, 2003, Plaintiff was a victim of a burglary, in which the burglar entered through a third story window.

7. That the third story of the Plaintiff's residence was not part of the Defendant's security monitoring, as Defendant advised Plaintiff that it was not necessary to secure the third story of her home.

8. That the burglar while fleeing from the home front door of Plaintiff's home, triggered the sounding of the security alarm, however, no response was forthcoming from Defendant, despite language in the contract that provided for immediate response from Defendant.

9. That since the inception of the contract between the parties, Plaintiff paid annual premiums to the Defendant in the amount of $395.44.

10. That as a result of the burglary of Plaintiff's home and Defendant's failure to respond, Defendant breached it's contract to Plaintiff.

11. That as a result of the burglary of Plaintiff's home, Plaintiff suffered post-traumatic stress disorder and depression as a result of her victimization.

## COUNT II
## PRODUCT LIABILITY

12. Plaintiff incorporates by reference paragraphs one through twelve of her complaint as stated above.

13. That Defendant's home security monitoring devise did not prevent or avoid the unlawful entry into Plaintiff's home, and as a result was not fit for the ordinary purpose for which it was intended.

14. As a result of the failure of Defendant's security system, Plaintiff's was caused to suffer post traumatic stress and continues to suffer from effects of her victimization.

WHEREFORE, Plaintiff pray judgment in the amount of one hundred thousand dollars ($100,000) plus reimbursement of costs and legal fees in connection with this action.

1. And for such other and further relief as this court deems just and proper.

*Samia El Baroudy*

Respectfully Submitted,

THE LAW OFFICE OF JOEL W. ANDERS

Joel W. Anders, Esquire – Bar No.: 954073
1800 K Street, N.W., Suite 624
Washington, D.C. 20006
(202) 466-4334
Counsel for Plaintiff

# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

SAMIA EL BAROUDY
vs.
ADT Security Systems, Inc.
% Corporation Trust, Inc.

Case Number: 
Date: April 13, 2005

Name: JOEL W. ANDERS, ESQ
Firm Name: LAW OFFICE of JOEL W. ANDERS
Telephone No.: 202-466-4334
Unified Bar No.:

Relationship to Lawsuit
- ● Attorney for Plaintiff
- ○ Self (Pro Se)
- Other:

TYPE OF CASE: ● Non-Jury   ○ 6 Person Jury   ○ 12 Person Jury
Demand: $ 100,000.00   Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.          Judge          Calendar #
Case No.          Judge          Calendar #

NATURE OF SUIT: (Check One Box Only)

**A. CONTRACTS**
- ☑ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other:
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other:

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other:
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

Form CV(6)-496/Feb. 95

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

SAMIA EL BAROUDY
*Plaintiff*

VS.

ADT SECURITY SERVICES
c/o Corporation Trust, Inc. - Reg. Agent
*Defendant*

Civil Action No. 05-0002907

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Joel W. Anders, Esq.
Name of Plaintiff's Attorney

1800 K Street, NW #C24
Address

Washington, D.C. 20006

202-466-4334
Telephone

By _____
Deputy Clerk

Date 12-15-05

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-66/Mar. 92   NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

JAN 1 8 2006

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
01/17/2006
Log Number 510849459

JAN 1 8 2006

**TO:** Dennis Lynch
Tyco Fire and Security
One Town Center Road, 7th Floor
Boca Raton, FL, 33486-

**RE:** **Process Served in Maryland**

**FOR:** ADT Security Services, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Samia el Baroudy, Pltf. vs. ADT Security Services, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Information Sheet |
| **COURT/AGENCY:** | District of Columbia Superior Court, Civil Division, Small Claims Conciliation Branch, DC
Case # 05-0002907 |
| **NATURE OF ACTION:** | Plaintiff pray's for judgment in the amount of $100,000 plus reimbursement of costs and legal fees. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Incorporated, Baltimore, MD |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/17/2006 at 14:15 |
| **APPEARANCE OR ANSWER DUE:** | 20 days |
| **ATTORNEY(S) / SENDER(S):** | Joel W. Anders, Esq.
The Law Office of Joel W. Anders
1800 K Street, N.W.
Suite 624
Washington, DC, 20006
202-466-4334 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790781541530
Email Notification, Dennis Lynch dlynch@tyco.com
Email Notification, Joanna Castaldi jcastaldi@tycoint.com |
| **SIGNED:**
**PER:**
**ADDRESS:**

**TELEPHONE:** | The Corporation Trust Incorporated
Billie Swoboda
300 E. Lombard Street
Baltimore, MD, 21202
410-539-2837 |

Page 1 of 1 / RL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

FROM: Regina Lynch (410)539-2837
CT - Baltimore SOP Team
300 E. Lombard Street
Baltimore, MD 21202

TO: **Dennis Lynch (561)981-4713
Tyco Fire and Security
One Town Center Road
7th Floor
Boca Raton, FL 33486**
Ref: SOP/0420910/510849459/Regina Lynch

FedEx Revenue Barcode


FedEx Express

CAD#: 8278077
SHIP DATE: 17JAN06
WEIGHT: 1 LB

DELIVERY ADDRESS (FedEx-EDR)

TRK # 7907 8154 1530    FORM 0201

33486  -FL-US

** 2DAY **

FLL

**SH PHKA**

THU
A2
Deliver by:
19JAN06

CLS102705