THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
SAMIA EL BAROUDY                    *
3302 Prospect Street, NW,           *
Washington, DC 20007-3216           *
                                    *
              Plaintiff,             *
                                    *
        vs.                          *    CIVIL ACTION _____
                                    *
ADT SECURITY SERVICES, INC.         *    SUPERIOR COURT NO. 05-0002907
One Town Center Road                *
Boca Raton, FL 33486                *
                                    *
              Defendant.             *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ADT SECURITY SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant ADT Security Services, Inc. ("ADT") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and for its Corporate Disclosure Statement would show the Court the following:

ADT Security Services, Inc. is wholly owned subsidiary of Tyco International (US) Inc. ADT Security Services, Inc. is a Delaware corporation with its headquarters located at One Town Center Road, Boca Raton, Florida 33486. No publicly held company owns 10% or more of Defendant ADT Security Services, Inc.'s stock.

128894v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
Paul S. Schleifman, Bar No. 367206
Carlos Provencio, Bar No. 461227
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ATTORNEYS FOR DEFENDANT
ADT SECURITY SERVICES, INC.

2

128894v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to the following counsel of record this 2/2, 2006.

Joel W. Anders, Esq.
1800 K Street, NW, Suite 624
Washington, DC 20006
(202) 466-4334
**Attorney for Plaintiff**

_____
Paul S. Schleifman