THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
SAMIA EL BAROUDY                    *
3302 Prospect Street, NW,           *
Washington, DC 20007-3216           *
                                    *
               Plaintiff,           *
                                    *
       vs.                          *   CIVIL ACTION No.: 1:06-cv-00181-RMC
                                    *
ADT SECURITY SERVICES, INC.         *   SUPERIOR COURT NO. 05-0002907
One Town Center Road                *
Boca Raton, FL 33486                *
                                    *
               Defendant.           *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ADT SECURITY SERVICES, INC.'S ANSWER

COMES NOW Defendant ADT Security Services, Inc. ("ADT"), by and through its counsel, Shook, Hardy & Bacon, L.L.P., and answers as follows:

1.     In answer to Paragraph 1, ADT states that this Action has been removed, pursuant to 28 U.S.C. §§ 1332 and 1446, to the United States District Court for the District of Columbia, and therefore, ADT need not answer the allegations in paragraph 1 of the Complaint. To the extent an answer is required, ADT denies the allegations of paragraph 1.

2.     In answer to Paragraph 2, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, therefore, denies the allegations contained therein.

3.     In answer to Paragraph 3, ADT admits that it is a duly authorized Corporation that does business in the District of Columbia.

129049v1

4. In answer to Paragraph 4, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies the allegations contained therein.

5. In answer to Paragraph 5, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, therefore, denies the allegations contained therein.

6. In answer to Paragraph 6, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and, therefore, denies the allegations contained therein.

7. In answer to Paragraph 7, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, therefore, denies the allegations contained therein.

8. In answer to Paragraph 8, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, therefore, denies the allegations contained therein.

9. In answer to Paragraph 9, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and, therefore, denies the allegations contained therein.

10. In answer to Paragraph 10, ADT denies the allegations in Paragraph 10.

11. In answer to Paragraph 11, ADT states that it lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and, therefore, denies the allegations contained therein.

129049v1

12. Paragraph 12 contains no allegations directed at ADT and, therefore, neither admission nor denial is required from ADT.

13. In answer to Paragraph 13, ADT denies the allegations in Paragraph 13.

14. In answer to Paragraph 14, ADT denies the allegations in Paragraph 14.

## DEFENSES

15. Plaintiff fails to state a claim against ADT upon which relief may be granted.

16. Plaintiff's claim is barred by contributory negligence.

17. Plaintiff's claim is barred in whole or in part by her failure to mitigate damages.

18. To the extent plaintiff obtains recovery from any other source, including home owners insurance, plaintiff is barred from seeking recovery against ADT, or ADT is entitled to a set-off in the amount of the recovery, based on the prohibition on double recovery for the same injury.

19. Any and all actions taken by ADT with respect to any of the matters alleged in the Complaint were taken in good faith and in accordance with established industry practice.

20. Plaintiff's claims against ADT are barred, in whole or in part, by the applicable statutes of limitations and repose, and by the doctrines of laches, estoppel and waiver.

21. ADT's actions were not the proximate cause or cause in fact of any injury to or alleged loss by plaintiff.

22. Plaintiff's claims against ADT are barred, in whole or in part, because it has suffered no damages as a result of the matters alleged in the Complaint.

23. Plaintiff's claims are barred, in whole or in part, to the extent that plaintiff has released, settled, entered into an accord and satisfaction, or otherwise compromised its claims.

129049v1

24.   ADT specifically reserves the right to amend its answer by adding defenses, counterclaims, cross-claims, or by instituting third-party actions as additional facts are obtained through further investigation and discovery.

## PRAYER FOR RELIEF

Plaintiff's claims against ADT Security Services, Inc. should be dismissed.

WHEREFORE, Defendant ADT Security Services, Inc., by counsel, respectfully requests that plaintiff's Complaint be dismissed with prejudice. In the alternative, ADT requests that judgment be entered in its favor and for costs of this action and all other relief as this Court deems just and proper.

Respectfully submitted,

SHOOK, HARDY, & BACON L.L.P.

By: _____
Paul S. Schleifman, Bar No. 367206
Carlos Provencio, Bar No. 461227
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ATTORNEYS FOR DEFENDANT
ADT SECURITY SERVICES, INC.

4

129049v1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by electronic filing and U.S. Mail, postage prepaid, to the following counsel of record this February 9, 2006.

     Joel W. Anders, Esq.
     1800 K Street, NW, Suite 624
     Washington, DC 20006
     (202) 466-4334
     **Attorney for Plaintiff**

                                                                               Carlos E. Provencio

129049v1