UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Samia El Baroudy,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-181 (RMC) |
| ) | |
| **ADT Security Services, Inc.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REFERRAL

As stated in open court at the May 5, 2006, status conference in this matter, it is hereby

**ORDERED** that this matter is referred to Magistrate Judge John M. Facciola for mediation for a period of sixty (60) days. The parties are to jointly contact Judge Facciola in order to schedule the conference(s).

**SO ORDERED.**

Date: May 5, 2006                                   _____/s/_____
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge