THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SAMIA EL BAROUDY <br> 3302 Prospect Street, NW, <br> Washington, DC 20007-3216 <br><br> Plaintiff, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC. <br> One Town Center Road <br> Boca Raton, FL 33486 <br><br> Defendant. | 1:06-CV-00181-RMC |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, Samia El Baroudy, and Defendant, ADT Security Services, Inc. ("ADT"), by and through their counsel, and state as follows:

1. Effective August 9, 2006, the parties reached a fully-executed settlement agreement ("Agreement") in this matter.

2. The Agreement fully and completely disposes of each and every issue in this matter.

3. Therefore, the parties jointly move this Court to dismiss the case with prejudice.

133355v1

                                    Respectfully submitted,

By:  _____      By:  _____
     Joel Anders, Esq.                     SHOOK, HARDY & BACON L.L.P.
     1800 K St. NW                         Carlos Provencio, Bar No. 461227
     Suite 624                             600 14th Street, N.W., Suite 800
     Washington, DC 2006                   Washington, D.C. 20005-2004
     Telephone: (202) 466-4334             Telephone: (202) 783-8400
     Facsimile: (202) 466-4338             Facsimile: (202) 783-4211

ATTORNEY FOR PLAINTIFF                ATTORNEYS FOR DEFENDANT
SAMIA EL BAROUDY                      ADT SECURITY SERVICES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by electronic filing and U.S. Mail, postage prepaid, to the following counsel of record this August 28, 2006.

>Joel W. Anders, Esq.
>1800 K Street, NW, Suite 624
>Washington, DC 20006
>(202) 466-4334
>**Attorney for Plaintiff**

_____
Carlos E. Provencio

133355v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * *
SAMIA EL BAROUDY                          *
3302 Prospect Street, NW,                 *
Washington, DC 20007-3216                 *
                                          *
              Plaintiff,                  *
                                          *    CIVIL ACTION _____
       vs.                                *
                                          *    SUPERIOR COURT NO. 05-0002907
ADT SECURITY SERVICES, INC.               *
One Town Center Road                      *
Boca Raton, FL 33486                      *
                                          *
              Defendant.                  *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Having seen and considered the Joint Notice of Settlement and Motion to Dismiss with Prejudice, it is hereby:

ORDERED AND ADJUDGED that the Motion to Dismiss with Prejudice is hereby granted.

IT IS SO ORDERED on this ____ day of _____, 2006.

_____
JUDGE ROSEMARY COLLYER

4

133355v1