THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SAMIA EL BAROUDY <br> 3302 Prospect Street, NW, <br> Washington, DC 20007-3216 <br><br> Plaintiff, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC. <br> One Town Center Road <br> Boca Raton, FL 33486 <br><br> Defendant. | 1:06-CV-00181-RMC |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT NOTICE OF SETTLEMENT AND MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, Samia El Baroudy, and Defendant, ADT Security Services, Inc. ("ADT"), by and through their counsel, and state as follows:

1. Effective August 9, 2006, the parties reached a fully-executed settlement agreement ("Agreement") in this matter.

2. The Agreement fully and completely disposes of each and every issue in this matter.

3. Therefore, the parties jointly move this Court to dismiss the case with prejudice.

133355v1

Respectfully submitted,

By: _____/s/ Joel W Anders_____   By: _____/s/_____

Joel Anders, Esq.  
1800 K St. NW  
Suite 624  
Washington, DC 2006  
Telephone: (202) 466-4334  
Facsimile: (202) 466-4338  

SHOOK, HARDY & BACON L.L.P.  
Carlos Provencio, Bar No. 461227  
600 14th Street, N.W., Suite 800  
Washington, D.C. 20005-2004  
Telephone: (202) 783-8400  
Facsimile: (202) 783-4211  

ATTORNEY FOR PLAINTIFF  
SAMIA EL BAROUDY  

ATTORNEYS FOR DEFENDANT  
ADT SECURITY SERVICES, INC.  

133355v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by electronic filing and U.S. Mail, postage prepaid, to the following counsel of record this August 28, 2006.

> Joel W. Anders, Esq.
> 1800 K Street, NW, Suite 624
> Washington, DC 20006
> (202) 466-4334
> **Attorney for Plaintiff**

_____
Carlos E. Provencio

3

133355v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * *
SAMIA EL BAROUDY                    *
3302 Prospect Street, NW,           *
Washington, DC 20007-3216           *
                                    *
            Plaintiff,              *
                                    *
    vs.                             *   CIVIL ACTION _____
                                    *
                                    *   SUPERIOR COURT NO. 05-0002907
ADT SECURITY SERVICES, INC.         *
One Town Center Road                *
Boca Raton, FL 33486                *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Having seen and considered the Joint Notice of Settlement and Motion to Dismiss with Prejudice, it is hereby:

ORDERED AND ADJUDGED that the Motion to Dismiss with Prejudice is hereby granted.

IT IS SO ORDERED on this ____ day of _____, 2006.

_____
JUDGE ROSEMARY COLLYER

4

133355v1